**Order entered November 26, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01470-CV

**SAM GRIFFIN FAMILY INVESTMENTS-I, INC.,
D/B/A BUMPER TO BUMBER CAR WASH, Appellant**

**V.**

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellee**

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. 10-10450-H**

## ORDER

We **GRANT** appellant's November 12, 2013 motion for an extension of time to file a reply brief. Appellant shall file its reply brief on or before December 12, 2013.

/s/     ELIZABETH LANG-MIERS
         JUSTICE